IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAQUATA WHITTLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-766-*** ) |
| STATE OF DELAWARE DEPARTMENT OF LABOR, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this __21__ day of __December__, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $12,000. (D.I. 1)

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

Honorable Mary Pat Thynge
U.S. Magistrate Judge