IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAQUATA WHITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-766-SLR |
| ) | |
| STATE OF DE/DEPARTMENT OF ) | |
| LABOR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS, plaintiff filed an employment discrimination action without prepayment of the filing fee;

WHEREAS, on December 21, 2006, the court entered an order denying leave to proceed in forma pauperis (D.I. 5);

WHEREAS, the court ordered plaintiff to pay the $350 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed (D.I. 5);

WHEREAS, to date, payment has not been received from plaintiff;

THEREFORE, at Wilmington this 8th day of February, 2007, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                                 /s/ Sue L. Robinson
                                                 UNITED STATES DISTRICT JUDGE